NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYNQOR, INC.,**
*Plaintiff-Appellee,*

**v.**

**ARTESYN TECHNOLOGIES, INC. AND ASTEC AMERICA, INC.,**
*Defendants,*

AND

**BEL FUSE, INC.,**
*Defendant,*

AND

**CHEROKEE INTERNATIONAL CORP. AND LINEAGE POWER CORP.,**
*Defendants-Appellants,*

AND

**DELTA ELECTRONICS, INC., DELTA PRODUCTS CORP., AND POWER-ONE, INC.,**
*Defendants,*

AND

**MURATA ELECTRONICS NORTH AMERICA, INC., MURATA MANUFACTURING CO., LTD., AND MURATA POWER SOLUTIONS, INC.,**
*Defendants.*

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0497, Judge T. John Ward.

_____

2011-1193, 2012-1069

_____

**SYNQOR, INC.,**
*Plaintiff-Appellee,*

**v.**

**ARTESYN TECHNOLOGIES, INC. AND ASTEC AMERICA, INC.,**
*Defendants-Appellants,*

AND

**BEL FUSE, INC.,**
*Defendant-Appellant,*

AND

**DELTA ELECTRONICS, INC., DELTA PRODUCTS CORP., AND POWER-ONE, INC.,**
*Defendants-Appellants,*

AND

**MURATA ELECTRONICS NORTH AMERICA, INC., MURATA MANUFACTURING CO., LTD., AND MURATA POWER SOLUTIONS, INC.,**
*Defendants-Appellants,*

AND

**CHEROKEE INTERNATIONAL CORP. AND LINEAGE POWER CORP.,**
*Defendants.*

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0497, Judge T. John Ward.

---

2011-1191, -1192, -1194, 2012-1070, -1071, -1072

---

## ON MOTION

---

## ORDER

Upon consideration of Lineage Power Corp. and Cherokee International Corp.'s motion to dismiss appeal nos. 2011-1193 and 2012-1069,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs in 2011-1193 and 2012-1069.

(3) The revised official caption is reflected above.

FOR THE COURT

FEB 2 2 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 2 2012

JAN HORBALY
CLERK

cc:  Donald R. Dunner, Esq.
     Constantine L. Trela, Jr., Esq.
     Gary M. Hnath, Esq.
     Alan D. Smith, Esq.
     William F. Lee, Esq.
     Andrew J. Pincus, Esq.


s19


Issued As A Mandate (as to 2011-1193, 2012-1069 only):
   FEB 2 2 2012